# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REINARD SMITH** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 18-3840** |
| | : | |
| **ALEX KERSHENTSEF et al.,** | : | |
| Defendants. | : | |

## ORDER

This 11th day of February, 2019, upon consideration of Defendants' Motion to Dismiss (ECF No. 7) and Plaintiff's Response (ECF No. 8), it is hereby **ORDERED** that the Motion is **GRANTED** and that Plaintiff's Complaint (ECF No. 2) is **DISMISSED**. It is further **ORDERED** that:

1. Plaintiff's Magnuson-Moss Warranty claim is dismissed with prejudice;

2. Plaintiff's FDCPA claim is dismissed without prejudice;

3. Jurisdiction over Plaintiff's supplemental state law claims is denied.

       /s/ Gerald Austin McHugh
United States District Judge